JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Plaintiff
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6·28·12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GHENNIVA DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | Case No. CV 11-10477-PSG (JPR)<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Complaint for Review of Social Security Decision, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 28, 2012

_____
PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE

